**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                            CASE NO: 8:02-CR-484-T-30TGW

SAM B. FREDERICK, JR.
_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for the Request of Trial and Court Records and to Proceed Pro Se and In Forma Pauperis (Dkt. #39). Upon review, the Court determines that there is no pending action in this matter. The Court does not provide trial and court records free of charge when a petitioner has not shown a necessity to support pending claims.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant's Motion for the Request of Trial and Court Records and to Proceed Pro Se and In Forma Pauperis (Dkt. #39) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2002\02-CR-484.Sam deny Order.wpd*